Joel Frank Sanker and Rosa Nance, appellees, v. Chicago & Eastern Illinois Railway Company, appellant.
Action to recover damages from water overflow. Judgment for plaintiffs. Appeal from the Circuit Court of Franklin county; the Hon. J. C. Kern, Judge, presiding. Heard in this court at the March term, 1925. Reversed and remanded. Opinion filed August 5, 1925.
Craig & Craig, for appellant. R. E. Smith, for appellees.
Mr. Presiding Justice Higbee delivered the opinion of the court.

Edward Nance, appellee, v. International Mutual Fire Insurance Company, appellant.
Action on fire insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.
T. A. O'Connor, for appellant. E. L. Maher and R. W. Griffith, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

The People of the State of Illinois ex rel. Florence Elam, appellee, v. George Stanbery, appellant.
Bastardy proceeding. Judgment for relatrix. Appeal from the County Court of Bond county; the Hon. H. C. Stuttle, Judge, presiding. Heard in this court at the March term, 1925. Reversed and remanded. Opinion filed August 5, 1925.
F. M. Guinn, for appellant. Albert, Webb & Albert, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

Francis McEndree and Louis McEndree, trading as McEndree Brothers, appellees, v. Illinois Central Railroad Company, appellant.
Action for damages to shipment of horses. Judgment for plaintiffs. Appeal from the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.
Moses Pulverman, for appellant. R. E. Smith; for appellees.
Mr. Presiding Justice Higbee delivered the opinion of the court.

Vivian Plunk, appellee, v. City of Granite City, appellant.
Action for personal injuries resulting from stepping into manhole. Judgment for plaintiff. Appeal from the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the March term, 1925. Affirmed. Opinion filed August 5, 1925.
Faulkner & Moore, for appellant. H. J. Bandy, for appellee.
Mr. Presiding Justice Higbee delivered the opinion of the court.

W. H. Faris, appellee, v. The American Railway Express Company, appellant.
Action to recover damages for injury to colt shipped by plaintiff. Judgment for plaintiff. Appeal from the Circuit Court of